1

2

3

4

5

6                          IN THE UNITED STATES DISTRICT COURT

7                        FOR THE EASTERN DISTRICT OF CALIFORNIA

8

9    AARON THORNTON,                              1:06-CV-1240 OWW LJO HC

10            Petitioner,

11       vs.                                      ORDER TO SUBMIT
                                                  APPLICATION TO PROCEED
12   SHERIFF'S DEPARTMENT                         IN FORMA PAUPERIS
     DETENTION BUREAU,                            **OR**  FILING FEE

13            Respondent.

14   _____/

15
             Petitioner is a state prisoner proceeding pro se in an application for a writ of habeas
16
     corpus pursuant to 28 U.S.C. § 2254.  Petitioner has not paid the $5.00 filing fee, or submitted an
17
     application to proceed in forma pauperis on the appropriate form pursuant to 28 U.S.C. § 1915.
18
     Accordingly, IT IS HEREBY ORDERED that:
19
             1. The Clerk's Office shall send to petitioner the form for application to proceed in forma
20
     pauperis.
21
             2.  Within thirty days of the date of service of this order, petitioner shall submit a
22
     completed application to proceed in forma pauperis, or in the alternative, pay the $5.00 filing fee for this
23
     action.  Failure to comply with this order will result in a recommendation that this action be dismissed.
24
     IT IS SO ORDERED.
25
     **Dated:   October 12, 2006**              _____/s/ Lawrence J. O'Neill_____
26   23ehd0                                      UNITED STATES MAGISTRATE JUDGE

27

28